\*\*\*  **BLANK DOCUMENT FOR TESTING PURPOSES**  \*\*\*